# United States District Court

**SEALED**

## SOUTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA

v.

GEORGE H. RUTH

## CRIMINAL COMPLAINT

CASE NUMBER: 1:17-mj-0952

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.   On or about September 13, 2008 until the present, in Marion County, in the Southern District of Indiana, the defendant George H. Ruth, did commit:

> Count One: Wire Fraud; in violation of Title 18 United States Code, Section 1343;
>
> Count Two: Theft of Government Funds; in violation of Title 18 United States Code, Section 641;
>
> Count Three: Mail Fraud; in violation of Title 18 United States Code, Section 1341.

I further state that I am a Special Agent, and that this complaint is based on the following facts:

### SEE ATTACHED AFFIDAVIT

**Continued on the attached sheet and made a part hereof.**

_Marcy A. Ralston_

Special Agent Marcy A. Ralston, SSA-OIG

**Sworn to before me, and subscribed in my presence**

October 31, 2017
**Date**

at    Indianapolis, Indiana

David E. Jones, U.S. Magistrate Judge

**Name and Title of Judicial Officer**

**Signature of Judicial Officer**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Marcy A. Ralston, Special Agent, Social Security Administration Office of Inspector General (SSA-OIG), being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the SSA-OIG, and have been since 2004. Currently, I am assigned to the Indianapolis, Indiana field office of the SSA-OIG, and have investigated a wide variety of criminal activities, to include fraud matters, criminal financial investigations, and money laundering. Prior to my appointment as a Special Agent of the SSA-OIG, I served as a United States Postal Inspector from August 2002 through December 2003. I have 14 years of law enforcement experience.

2. As part of my investigative duties as a Special Agent of the SSA-OIG, I am responsible for investigating crimes against the programs administered by the Social Security Administration.

3. As a member of SSA-OIG, I have received criminal investigator training including the legal requirements of search and seizure laws. In connection with my official duties as a federal law enforcement officer, pursuant to Rule 41 of the Federal Rules of Criminal Procedure, I have received specialized training on the use of search warrants during criminal financial investigations.

4.  During my time as a federal law enforcement officer, I have participated in the execution of financial search warrants. I have experience in debriefing defendants and informants in conjunction with mail fraud, wire fraud, identity theft, and financial crimes investigations. I have experience analyzing financial records from individuals and businesses.

5.  I have also received specialized training in conducting financial investigations that involve analyzing books and records, in electronic and paper form, of individuals and businesses, such as journals, ledgers, bank accounts, invoices, receipts, and other records evidencing violations of the Social Security Administration Act and other financial crimes.

6.  The facts in this affidavit come from my personal observations, my training and experience, and from information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant, and does not set forth all of my knowledge about this matter.

7.  I make this affidavit in support of a criminal complaint. This complaint charges that George H. Ruth, did intentionally and unlawfully violate or aid in the violation of various federal offenses including, among others –

    a.  18 U.S.C. § 1343 (wire fraud) which makes it a crime for any person to devise or engage in a scheme to defraud, or a scheme to obtain money and property by means of false and fraudulent pretenses, representations, and promises, and where the use of wire, radio, or television communication in interstate or foreign commerce occurred for the purpose of executing the scheme or artifice or attempting to do

so. It is enough that the use of the wire, radio, or television communication merely furthers the scheme but the communication need not, itself, be an essential element of the scheme.

b.  18 U.S.C. § 641 (theft of government funds) which makes it a crime to embezzle, steal, purloin or knowingly convert use or the use of another, or without authority, sell, convey or dispose of any record, voucher, money or thing of value of the United States of any department or agency thereof, or any property made or being made under contract for the United States of any department or agency thereof.

c.  18 U.S.C.§ 1341 (mail fraud) which makes it a crime to knowingly use the United States Postal Service or a private commercial interstate carrier for the purpose of executing a fraudulent scheme.

## CASE SUMMARY

8.  The Social Security Administration ("SSA") provides both Title II Retirement and Disability Insurance benefits as part of a federally administered insurance program for workers who have made sufficient contributions to the Title II program from their earnings.

9.  The SSA maintains a complete record of the earnings of each worker covered by Social Security. The SSA then relies on this earning record in determining whether a worker is eligible for benefits and, if so, the amount of those monthly benefits.

10. The object of the Title II Disability Insurance Benefits program ("DIB") is to replace

part of a disabled worker's earnings lost because of a physical or mental impairment.
Title II DIB monthly benefits are payable to eligible disabled persons and their eligible
auxiliary beneficiaries throughout their period of disability.

11. Upon becoming disabled while employed, a disabled worker will apply for Title II DIB
monthly benefits. When determining the applicable monthly benefit amount that a Title
II Disability Beneficiary is allowed, the SSA will review the beneficiary's earning
record to make that calculation. The Title II DIB monthly benefit amount that a disabled
worker is entitled to is based on the worker's taxable earnings during his lifetime.

12. This investigation has identified a large-scale scheme to defraud the Social Security
Administration's Title II Disability and Retirement Programs primarily being
perpetrated by George Herman Ruth and others known and unknown to law
enforcement.  The investigation has determined that George Ruth and others have
financially benefitted from this scheme, as have several members of George Ruth's
family.

13. To perpetuate the scheme, George Ruth and others would first identify defunct
companies that had filed for bankruptcy. Next, Ruth would falsify Department of the
Treasury, Internal Revenue Service forms, W-2's, W-3's, W-2c's and W-3c's, using the
names of non-existent or bankrupt companies and submit those false forms to the Social
Security Administration's Direct Operations Center located in Wilkes-Barre,
Pennsylvania utilizing the United States Postal mail service.

14. For the most part, George Ruth would print on an ink jet printer or use a type writer to
falsify the IRS forms.  The IRS forms would have the correct business name and
employee identification number for the employer and Ruth's correct social security

number. The remaining information on the IRS forms, including the business address,

company representative, business phone number, and wages earned, would mostly be

false.

15. After falsifying the IRS forms, George Ruth would mail these forms to the SSA where

they would be processed. After processing, the SSA would increase George Ruth's

earning record to reflect the false wages. Because of the false wages added to George

Ruth's earning record, he became eligible for Title II Disability benefits.

**A.  George Ruth falsified his Social Security earnings record by submitting false wages
from Wellman Thermal to become eligible for SSA Title II Disability Insurance
monthly benefits**

16. On September 5, 2012, George Ruth applied for the Title II Disability Insurance

Benefits program. On or about November 26, 2012, George Ruth completed the

application summary for disability insurance benefits. According to the benefit

application, Ruth became disabled on December 15, 2010. Upon review of the

application and supporting documentation, the SSA determined that Ruth suffered from

both osteoarthritis and diabetes. After making the disability determination and reviewing

his lifetime earnings record, the SSA awarded Ruth Title II DIB monthly benefits.

17. In March 2013, the SSA began administrating Title II DIB monthly benefits to George

Ruth. On June 14, 2013, based on a majority of false wages submitted to his earnings

record, the SSA provided Ruth with $7,617 in back pay, and continued monthly benefits

thereafter. As a result of this scheme, George Ruth has received approximately

$142,966.80 from the Social Security Administration that he was not entitled.

18. In 2008 and 2011, prior to filing for Title II DIB benefits, George Ruth began submitting

false wages to the SSA which caused him to be eligible to receive Title II DIB monthly

benefits and substantial back pays over the past few years.

19. Between September 13, 2008 and November 22, 2008, the SSA posted approximately

$1,684,700 in false wages to George Ruth's earning record. In his filings, Ruth claimed

to have worked for Wellman Thermal Systems Corporation from 1983 - 2007.

20. On September 3, 2011, the SSA posted approximately $58,300 in false wages to George

Ruth's earning record. In his filings, Ruth claimed to have worked for Wellman Thermal

Systems Corporation in 1980 and 1982.

21. Lastly, on August 1, 2014, the SSA posted approximately $82,950 in false wages to

George Ruth's earning record. In his filings, Ruth claimed to have worked for Wellman

Thermal Systems Corporation from 1972-1977.

22. In or around February 10, 2003, Wellman Thermal filed for bankruptcy and was

eventually dissolved. While in operation, from 1979 to 2003, Wellman Thermal Systems

Corporation was located at 1 Progress Road, Shelbyville, Indiana.

23. I know that George Ruth's submissions for 1972-1977 were false because Wellman

Thermal Systems Corporation was not created until 1979.

24. In his false submissions to the SSA, Ruth modified key components of the W-3 and W-2

forms which SSA relied on in determining Ruth's eligibility for additional Title II DIB

monthly benefits. In the 1980 and 1982 W-3c, George Ruth identified Wellman Thermal

Systems Corporation as being located at 1244 North Illinois Street, Suite 116,

Indianapolis, Indiana. 46202-2333 with business phone number of 234-567-0588. Both

this address and phone number is associated with Norman Flick, an identified target of

this investigation.

25. Recently, law enforcement identified a former payroll employee of Wellman Thermal's human resources department. The former employee worked for Wellman Thermal from 1995 through 2003, and confirmed that Wellman Thermal had only location in Shelbyville, Indiana and that it had never operated in Indianapolis. Moreover, the employee explained that with only 80 employees, she knew all the names of the employees that worked at Wellman Thermal during her tenure there. The employee stated that George Ruth did not work at Wellman Thermal from 1995 through 2003.

26. As noted, the investigation has determined that without these fictitious earnings being posted to Ruth's record, he would not have been entitled to Title II DIB monthly payments because Ruth did not acquire the necessary taxable earnings prior to becoming disabled.

**B.    George Ruth falsified his Social Security earning record by submitting false wages from false businesses**

27. On August 9, 2009, the SSA posted approximately $102,000 in false wages to George Ruth's earning record. In his filings, Ruth claimed to have worked for Indy Insulation located at 269 South Temple, Indianapolis, Indiana in 2008. Indy Insulation is a false business maintained by Norman Flick, a known target in this investigation. On the 2008 W-3, Indy Insulation identifies a false keeper of the records, but provides a phone number utilized by Norman Flick. Moreover, U.S. Bureau of Prison records, as noted below, show that George Ruth was in federal custody in 2008, and could not have worked at Indy Insulation.

28. Next, I accessed additional W-2's, W-3's, W-2c's and W-3c's filed by George Ruth through SSA's Online Retrieval System. In one particular filing, George Ruth claimed to

work for Brown Asbestos Removal located at 269 South Temple, Indianapolis, Indiana
in 2009. Brown Asbestos Removal is a false business maintained by Norman Flick, a
known target in this investigation. On the 2009 false W-3, Brown Asbestos Removal
identifies a false keeper of the records, but provides a phone number utilized by Norman
Flick. George Ruth's paperwork identifies Brown Asbestos Removal to be located at
269 South Temple Avenue, Indianapolis, Indiana. Brown Asbestos Removal is not a
registered business with the Indiana Secretary of State.

29. These documents also revealed that George Ruth modified key components of his
alleged W-2, and those of others, that purportedly worked for Brown Asbestos Removal
in 2009. Ruth falsely claimed to have earned $106,800 in Social Security wages in 2009
from Brown Asbestos Removal. From the investigation, I know that in 2009, George
Ruth was incarcerated in the U.S. Bureau of Prisons.

30. On April 2, 2011, the SSA posted approximately $106,800 in false wages to George
Ruth's earning record. In his filings, Ruth claimed to have worked for Asbestos
Abatement Solutions located at 269 South Temple, Indianapolis, Indiana in 2010.
Asbestos Abatement Solutions is another fictitious business maintained by Norman
Flick, a known target in this investigation. On the 2010 W-3, Asbestos Abatement
Solutions identifies a false keeper of the records, but provides a phone number utilized
by Norman Flick. Moreover, U.S. Bureau of Prison records, as noted below, show that
George Ruth was in federal custody in 2010, and could not have worked at Asbestos
Abatement Solutions.

31. On October 24, 2014, the SSA posted approximately $106,800 in false wages to George
Ruth's earning record. In his filings, Ruth claimed to have worked for SCICOM Data

Services Ltd., located at 269 South Temple, Indianapolis, Indiana in 2011. On the 2011

W-3, SCICOM Data Service, Ltd. identifies a false keeper of the records, but provides a

phone number utilized by Norman Flick, a known target of this investigation. Moreover,

U.S. Bureau of Prison records, as noted below, show that George Ruth was in federal

custody in 2011, and could not have worked at SCICOM Data Services, Ltd.

**C. George Ruth was in federal custody for a significant amount time that he claimed to work for Wellman Thermal Systems Corporation, SCICOM Data Services, Ltd. and other fictitious businesses.**

32. On August 28, 1979, George Ruth was taken into federal custody on ten counts of

submitting a fraudulent W-2 form to the Internal Revenue Service, Cause No. IP 79-8-

CR-01, in the United States District Court for the Southern District of Indiana. On

October 26, 1979, George Ruth was committed to a period of study and observation

pursuant to Title 18, United States Code, Section 4244. He was sent to the Medical

Center for Federal Prisoners, Springfield, Missouri, on November 8, 1979. Upon his

return on January 24, 1980, George Ruth pled guilty to one count of the indictment. On

April 10, 1980, Ruth was sentenced to a term of imprisonment of 18 months. On July

17, 1980, Ruth was released on parole. On March 15, 1981, Ruth was discharged from

parole.

33. Two months after being paroled from federal custody, on May 5, 1981, George Ruth

was arrested by the Indiana State Police and charged with three counts of forgery and

one count of theft in Blackford County Circuit Court, Indiana, Cause No. 81-15

involving forged checks in the amount of $12,850.00. On October 3, 1981, Ruth was

found guilty on all counts. On October 26, 1981, George Ruth was sentenced to 8 years

imprisonment. [1]

34. The next day, on October 27, 1981, George Ruth was taken into federal custody on charges of conspiring to present false tax claims, Cause No. 81-23-01, in the United States District Court for the Northern District of Indiana. George Ruth filed or caused to be filed false 1980 forms, Form 1040A, individual federal income tax returns, for the purposes of obtaining false refunds. To perpetuate the scheme, George Ruth would prepare and falsify blank IRS W-2 forms and then file those forms attached to fraudulent 1980 Federal Individual Income Tax Returns, Forms 1040A, using the names of actual persons. The fraudulent claims totaled approximately $66,299.40. George Ruth met his co-conspirator while housed at the United States Medical Center for Federal Prisoners at Springfield, Missouri, during the period of November 9, 1979 through January 20, 1980. On December 7, 1981, George Ruth was convicted by a jury. On January 6, 1982, George Ruth was sentenced to 5 years imprisonment to run consecutive to the 1981 state conviction in Blackford County, Indiana.

35. Following the January 1982 sentence in federal court, George Ruth was writ back to state custody to complete his term of imprisonment imposed in Blackford County Circuit Court, Indiana, Cause No. 81-15.

36. On April 11, 1984, while in state custody, George Ruth was charged with 15 counts of conspiracy to file false income tax returns, Cause No. 84-27-01, in the United States District Court for the Southern District of Indiana. The indictment alleged that in December 1982, George Ruth conspired with other inmates to file 39 false income tax

---

[1]    On April 25, 1984, this conviction was overturned by the Indiana Court of Appeals. See, Ruth v. State, 462 N.E.2d 269 (Ind.App. 1984). The conviction was reversed on May 16, 1984.

returns claiming refunds from the IRS for the year 1982 for inmates of the Indiana Reformatory.

37. On May 16, 1984, George Ruth's state conviction in Blackford County, Indiana was overturned, and the federal detainer placed on Ruth on May 29, 1981 in United States District Court for the Northern District of Indiana, Cause No. 81-23 was activated. Ruth was taken into United States Marshal custody on May 16, 1984.

38. On July 13, 1984, George Ruth was sentenced to 5 years' imprisonment for conspiring to file false income tax returns in Cause No. 84-27-01, in the United States District Court for the Southern District of Indiana. This sentence was ordered to run consecutive to the 5 years imprisonment imposed on January 6, 1982, in Cause No. 81-23-01, in the United States District Court for the Northern District of Indiana. This totaled an aggregate amount of 10 years imprisonment. From July 30, 1984 through May 29, 1986, George Ruth was in the custody of the U.S. Bureau of Prisons.

39. On May 29, 1986, George Ruth was released on parole. In or around August 21, 1989, less than three years after being released, George Ruth's parole was revoked because it was discovered that he was submitting false tax claims while on supervision. From August 21, 1989 through June 11, 1992, George Ruth remained in U.S. Bureau of Prisons custody.

40. On June 11, 1992, based on mandatory release dates, George Ruth was released from the U.S. Bureau of Prisons. Again, less than three years from release, on March 18, 1994,[2] George Ruth was arrested for being in possession of a precursor (phenylacetic acid) chemical with intent to manufacture methamphetamine in Cause No. 94-57-CR-01, in

_____

Jail until his was placed in the custody of the U.S. Bureau of Prisons on January 25, 1995.

the United States District Court for the Southern District of Indiana. In the investigation, the DEA learned that George Ruth falsified a business, contact information, and addresses to attempt to acquire materials used to manufacture methamphetamine. At Ruth's detention hearing, on March 22, 1994, he was detained pending trial. On October 24, 1994, George Ruth was convicted by jury. On January 6, 1995, George Ruth was sentenced to 10 years imprisonment. On January 25, 1995, George Ruth was placed in the custody of the U.S. Bureau of Prisons. George Ruth was released, based on good conduct, on December 23, 2002. From March 18, 1994 through December 23, 2002, George Ruth remained in federal custody.

41. While in federal custody, in late 1996 through October 1997, George Ruth was able to organize a scheme to defraud the United States, to falsely and fraudulently obtain money from the United States Department of Housing and Urban Development using the United States Postal Service, and recruit individuals to assist him. A total of $33,709.71 was fraudulently obtained by George and his co-conspirators as a result of this scheme.

42. As a result of this criminal activity, on May 22, 2002, George Ruth and another co-defendant was named in a 26-count Indictment, Cause No. IP 02-81-CR-01, in United States District Court for the Southern District of Indiana. While in federal custody, on September 5, 2002, George Ruth filed a plea of guilty to one-count of conspiring to defraud the United States. On September 12, 2002, George Ruth entered a plea of guilty. As mentioned earlier, George Ruth was released from the U.S. Bureau of Prisons on December 23, 2002 for Cause No. 94-57-CR-01, in the United States District Court for the Southern District of Indiana. On February 3, 2003, George Ruth was detained pending his sentencing hearing in Cause No. IP 02-81-CR-01, in United States District

Court for the Southern District of Indiana. On February 12, 2003, George Ruth was sentenced to 33 months imprisonment and remanded to the custody of the U.S. Marshal Service pending delivery to the U.S. Bureau of Prisons. On March 5, 2003, George Ruth was placed in the custody of the U.S. Bureau of Prisons and remained there until July 13, 2005.

43. On December 23, 2005, the U.S. Probation Department filed a petition against George Ruth alleging that he had violated his terms of supervised release, for both Cause Nos. IP 94-CR-57-01 and IP 02-81-CR-01, in the U.S. District Court for the Southern District of Indiana. The petition alleged that Ruth had associated with a known felon, failed to secure employment, failed to answer questions truthfully, and incurred new credit without approval. On February 9, 2006, George Ruth admitted to the violations, his supervised release was revoked, and he was remanded to the custody of the U.S. Marshals pending his sentencing hearing. On March 13, 2006, George Ruth was sentenced to 13 months to run concurrently in both cases, and remanded to the custody of the U.S. Marshal Service pending deliver to the U.S. Bureau of Prisons. From March 23, 2006 through January 19, 2007, George Ruth remained in the custody of the U.S. Bureau of Prisons.

44. While in federal custody, George Ruth conspired with fellow inmates to defraud the IRS by filing false forms claiming a return. On August 31, 2006, George Ruth was charged with one count of conspiring to file false claims and sixty counts of making false claims against the United States, Cause No. 3:06-cr-695-01, in the United States District Court for New Jersey.

45. Following his January 2007 release from custody for supervised release violations in

both Cause Nos. IP 94-CR-57-01 and IP 02-81-CR-01, in the U.S. District Court for the

Southern District of Indiana, on February 14, 2007, George Ruth appeared in New

Jersey and was granted bail by the court. On January 25, 2008, George Ruth was found

guilty on all 61 counts of the Indictment. On February 19, 2008, George Ruth's bail was

revoked and he was detained pending his sentencing hearing. On August 1, 2008,

George Ruth was sentenced to 7 years imprisonment, and remanded to the custody of

the U.S. Marshal Service. On August 21, 2008, the United States Marshal Service

delivered George Ruth to the custody of the U.S. Bureau of Prisons.  From August 21,

2008 through February 22, 2013, Ruth remained in the custody of the U.S. Bureau of

Prisons.

46. On or about March 21, 2013, the United States District Court for the Northern District of

West Virginia, Cause Nos. 2:13-CR-12 and 2:13-CR-13, accepted transfer of

jurisdiction of supervised release for George Ruth for 1:94-CR-57-01 and 1:02-CR-81-

01 from the United States District Court for the Southern District of Indiana.

47. On or about March 25, 2013, the United States District Court for the Northern District of

West Virginia, Cause No. 2:13-CR-14, accepted transfer of jurisdiction of supervised

release for George Ruth for 3:06-CR-695-01 from the United States District Court for

New Jersey.

48. On March 26, 2013, the U.S. Probation Department filed a petition alleging that George

Ruth had violated his terms of supervised release in Cause Nos. 2:13-CR-12, 2:13-CR-

13, and 2:13-CR-14, in the United States District Court for the Northern District of West

Virginia.  On March 28, 2013, George Ruth was detained pending his supervised release

revocation hearing. On August 26, 2014, George Ruth admitted to failure to provide

truthful answers to questions posed by his probation officer, and the court sentenced Ruth to time served. From March 28, 2013 through August 26, 2014, George Ruth remained in the custody of the U.S. Bureau of Prisons.

**D. While in federal prison, George Ruth organized the scheme to defraud the SSA, recruited inmates and family members to assist him, and directed the scheme.**

49. On February 18, 2011, SSA received a letter from George Ruth via US Mail, with an address of 2 Strickler Street, Philippi, WV where he stated he had received a letter addressed to his late father from a company that he had worked for a long time ago. Ruth said the letter stated they had reported his wages incorrectly and sent corrected W-2c's and "something called a W-3c to the Social Security Administration." Ruth stated that he didn't pay much attention to it until he realized that his mother collected her Social Security based on his father's earnings. Ruth was requesting a copy of his father's earnings record to see if the correction would affect his mother's benefits. Ruth threatened to go to his Senator's office if this issue wasn't addressed. There is a special message on Ruth's father's SSA record (Joseph Ruth) that says, "Son George wants 1981 earn corrected no stuff proof questionable also trying to correct his own earn." A review of Joseph D. Ruth's earnings record indicates he also has several years of wages posted from Wellman Thermal Systems. My review of this information indicates George Ruth was attempting to increase his mother's widow's benefits.

50. During the investigation, I discovered that Jean Ruth, George Ruth's mother, has had substantial earnings posted retroactively to her SSA earning record over the past few years. A review of Jean Ruth's earnings record found that she had fraudulent earnings posted to her record for the years 1970-2015 from Lehman Brothers, 1978-1997 from Wellman Thermal and 2002 through 2011 from SCICOM. These earnings were all

posted to her earnings record between November 2013 and November 2016. A review

of the W-2's and W-3's retrieved from the SSA Online Retrieval System from Lehman

Brothers for the years 1978-1990 for Jean Ruth listed an address of 1244 N. Illinois

Street, Indianapolis, Indiana for Lehman Brothers. The investigation has determined

that this address belongs to Norman Flick. Further, Lehman Brothers has confirmed that

they had never operated their business from that address.

51. According to SSA records, Jean Ruth has been receiving Title II Retirement benefits

since 1998. Due to the fraudulent earnings added to Jean Ruth's social security record

Jean Ruth has received back payments in the amount of $99,387.50 each (totaling

$298,775.00) on July 1, 2015, $6,502.00 on October 5, 2016 and $5,909.00 on May 24,

2017. The fraudulent earnings have also caused an increase in Jean Ruth's monthly

benefit of $1,702.90 per month. A check of SSA records indicates Jean Ruth's address

was changed on her beneficiary record to 6265 Woodcrest Drive, Morristown, TN

37814 on December 1, 2015.

52. During the course of this investigation, bank records were obtained via Grand Jury

subpoenas. According to SSA records, Jean Ruth changed her direct deposit with SSA

on December 1, 2015 to account number 65345399 at Knoxville TVA Employees Credit

Union. Bank records were obtained from Knoxville TVA for this account and indicate

that the account was opened on November 25, 2015. The address on the signature card

for Jean Ruth is 6265 Woodcrest Drive, Morristown, TN 38714.

53. I reviewed Jean Ruth's bank records which were obtained during the course of this

investigation via Grand Jury Subpoena. The records indicate that immediately following

the large back payment from SSA on July 1, 2015, Jean Ruth wrote a check to Twilla

Tucker, her daughter (George Ruth's sister) dated July 7, 2015, in the amount of $75,832.03, which was deposited into Tucker's bank account at BC Bank. Jean Ruth wrote another check to her daughter Twilla dated July 6, 2015 for $20,000.00, which was also deposited into Twilla's bank account at BC Bank. In addition to these checks, Jean Ruth wrote the following checks; George Ruth in the amount of $5,000.00 dated July 7, 2015, George Ruth in the amount of $5,000.00 dated September 10, 2015, James Ruth in the amount of $3,380.00 dated August 6, 2015 and George Ruth in the amount of $1,000.00 dated October 9, 2015. It is believed the checks written to George Ruth were payment for services of fraudulently increasing Jean Ruth's Title II Retirement Benefits. It is also believed Jean Ruth transferred the back payment to her daughter to hide them from Social Security.

54. During the course of this investigation, it was determined that Gladolene Martin, George Ruth's aunt and Kathern George, thought to be a relative of George Ruth's, have had substantial earnings posted retroactively to their SSA earning records over the past few years which have resulted in back payments for both as well as an increase in their monthly Title II Retirement Benefits.

55. A review of SSA records indicate Gladolene Martin has been receiving Title II Retirement Benefits since December 2013. I reviewed Gladolene Martin's current earning record which showed additional earnings had been posted to Martin's account in 2015, 2016 and 2017 for the years 1984-1990 from Great Atlantic & Pacific Tea, from 1991-2003 from Peanut Corporation of America Inc, for the years 2011-2015 from Lehman Brothers and for 2016 from ITT Educational Services. These wages resulted in the back payments in the amounts of $49,162.00 on October 5, 2016, $1,588.00 on

March 21, 2017 and $13,019.00 on October 6, 2017, all of which were deposited into her bank account at CWV Tel Federal Credit Union.  In addition, Martin's monthly benefits were increased from $1,317.00 per month to $2,645.00 per month beginning November 9, 2016, with another increase in April 2017 to $2,681.00 per month.  To date, Gladolene Martin has received approximately $81,581.00 in Title II Retirement Benefits to which she was not entitled.

56. I reviewed bank records obtained from Gladolene's bank account at CWV Tel Federal Credit Union, following Gladolene's SSA back payment deposit, Gladolene wrote a check to George Ruth on October 21, 2016 for $4,000.00, which was deposited into George Ruth's bank account at Knoxville TVA Employees Credit Union.  It is believed that Gladolene wrote this check to George Ruth as payment for his services in obtaining additional Title II Retirement Benefits on Gladolene's behalf.

57. I was able to retrieve copies of the W-2c's and W-3c's for Peanut Corporation of America from the SSA Online Retrieval System.  The address for Peanut Corporation of America was listed as 1650 West US Highway 40, Greencastle, Indiana.  A check of this address indicated that Putnamville Correctional Facility is located at this address.  All of the W-3c's from Peanut Corporation were signed by Joyce M. Goldsmith, with a phone number of (317) 418-7009, a phone number belonging to a known target of this investigation, Norman Flick.  The address listed for Lehman Brothers on the W-2's and W-3's for Gladolene for the years 2011-2015 was 206 Morrell Road, Knoxville, TN 37919. The contact for the employer was listed as Harold Goldman for the years 2011-2014 and Franklin Goldsmith in 2015.  The investigation determined that 206 Morrell Road in Knoxville, Tennessee is the location for a Sprint Store.  In addition, Lehman

Brothers has responded that Gladolene Martin never worked for them, nor have they ever been located at 206 Morrell Road in Knoxville, Tennessee.

58. I conducted a review of Kathern George's current earnings record which showed additional earnings had been posted to George's account in 2016. During the course of reviewing the fraudulent W-2's, I found that Kathern George has had fraudulent wages posted to her Social Security earnings record for the years 2011-2015 from Lehman Brothers. Kathern George filed for Retirement Benefits with the Social Security Administration on October 6, 2009. Due to the fraudulent wages posted to Kathern George's earnings record, she received a back pay in the amount of $11,503.00 which was directly deposited into her bank account at Woodforest National Bank on October 5, 2016. In addition, her monthly benefit amount went from $810.00 per month to $1170.00 per month. To date, Kathern George has received $15,806.50 in Title II Retirement Benefits to which she is not entitled.

59. I reviewed bank records obtained from Kathern George's bank account at Woodforest Bank, following Kathern's SSA back payment deposit on October 15, 2016, Kathern withdrew $5,500.00 cash on the same day. It is believed that Kathern withdrew these funds as payment for George Ruth's services of obtaining additional Title II Retirement Benefits on Kathern's behalf.

60. A review of the W-2's obtained from the SSA Online Retrieval System for Kathern George list an address of 206 Morrell Road, Knoxville, Tennessee for Lehman Brothers Holding, Inc. Kathern L. George's addresses on the W-2's are listed as follows; 1201 Tulip Lane Knoxville, Tennessee (2011), 466 Valley Hill Road, Knoxville, TN (2012), 2317 Dixie Highway, Knoxville, TN (2013), 2219 Mt. Morris Blvd, Knoxville, TN

(2014) and 173 Locust Drive, Knoxville, TN (2015). This investigation has shown that Kathern George has always lived in West Virginia during the time periods in question. A review of the form W-3's that accompanied the W-2's for Kathern George for the years 2011-2015 list an address for Lehman Brothers Holding Inc as 206 Morrell Road, Knoxville, TN 37919. As previously discussed, 206 Morrell Road is not a valid address for Lehman Brothers. The contact person listed on W-3's for 2011-2014 was Harold Goldman and the contact person on the W-3 for 2015 was Franklin Goldsmith. Additionally, Lehman Brothers had responded that Kathern George has never worked for them.

61. I have reviewed records obtained during the course of this investigation that identify phone number (304) 704-9666 as belonging to George Ruth and (304) 614-8838 belonging to Kathern George. An analysis of phone records for the time period of December 5, 2014 and April 3, 2016 found there were 894 calls between Ruth and Kathern George.

## **CONCLUSION**

62. Based on the above paragraphs, I respectfully submit that there is probable cause to

believe that George Ruth acting individually or with others, participated in a scheme to

defraud the United States and to steal benefits from the Social Security Administration

in an amount over $142,966.80, in violation of 18 U.S.C. § 1343 (wire fraud), 18 U.S.C.

§ 1341 (mail fraud) and 18 U.S.C. § 641 (theft of government funds).

FURTHER AFFIANT SAYETH NOT.


Special Agent Marcy A. Ralston
Social Security Administration
Office of Inspector General

Subscribed and Sworn to before me

This 31st day of October, 2017

David E. Jones
United States Magistrate Judge
Southern District of Indiana