UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cr-00009-JRS-DML |
| | ) | |
| GEORGE H. RUTH, | ) | -02 |
| | ) | |
| Defendant. | ) | |

## ENTRY FOR APRIL 15, 2019

On this date, Defendant George H. Ruth appeared in person and by counsel, Dominic Martin, for a plea hearing. The Government appeared by counsel, Jeffrey Preston, with its investigative agents Marcy Ralston and Jason Hayes.  The hearing was recorded by Court Reporter, Cathy Jones.

After placing the Defendant under oath, the Court inquired of the Defendant whether the Defendant understood the rights that the Defendant would relinquish if the Court accepted the Defendant's plea of guilty to Counts 1 and 7of the Superseding Indictment and the Defendant responded affirmatively.  Evidence of a factual basis for the plea was accepted of record.  The Court also conducted additional inquiry of the Defendant, and as a result of the information and testimony provided at the hearing the Court was satisfied that:

- the Defendant was fully competent and able to enter an informed plea,

- the Defendant's plea was being made knowingly and voluntarily,

- the plea was supported by an independent basis in fact containing each of the essential elements of the offense charged.

The Court accepted the Petition to Enter a Plea of Guilty pursuant to the Federal Rules of Criminal Procedure 11(c)(1)(B), and the Defendant's subsequent plea of guilty. The Court adjudged the Defendant guilty.

The proceedings were adjourned.

Date: 4/15/2019

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Dominic David Martin
INDIANA FEDERAL COMMUNITY DEFENDERS
dominic_d_martin@fd.org

Jeffrey D. Preston
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
jeffrey.preston@usdoj.gov

Kyle M. Sawa
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
kyle.sawa@usdoj.gov